[36 NE3d 89, 15 NYS3d 286]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v STANLEY A. BROWN, Appellant.

Argued June 4, 2015; decided June 25, 2015

**APPEARANCES OF COUNSEL**

*Davison Law Office, PLLC*, Canandaigua (*Mark C. Davison* of counsel), for appellant.

*Hannah E.C. Moore* and *Jacqueline L. Spratt, New York Prosecutors Training Institute, Inc.*, Albany, and *Cindy F. Intschert, District Attorney*, Watertown, for respondent.

## OPINION OF THE COURT

Order affirmed, without costs. Defendant's contentions have not been preserved for this Court's review.

Concur: Chief Judge LIPPMAN and Judges READ, PIGOTT, RIVERA, ABDUS-SALAAM, STEIN and FAHEY.